In the Matter of CAROLYN DICK, Respondent-Appellant, v. STANLEY DICK, Appellant-Respondent. In the Matter of STANLEY DICK, Petitioner, v. CAROLYN DICK, Respondent.—

Concur — McGivern, J. P., Markewich, Steuer and Tilzer, JJ.

(October 20, 1970)

BENJAMIN DOZIER et al., Appellants, v. LEN SERVICE CORP. et al., Respondents.—

Concur — Eager, J. P., Capozzoli, McGivern, Markewich and McNally, JJ.